An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

THE STATE OF NEVADA,
Appellant,
vs.
FARID MOHAMMAD ASHRAF,
Respondent.

No. 65110

**FILED**

MAY 13 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is an appeal from "Findings of Incompetency and Order for Civil Commitment or Release." Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge. Because it appeared that no statute or court rule provides for an appeal from such an order, on March 17, 2014, we directed appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. *See Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990).

Having considered appellant's response to our order, as well as respondent's reply, we conclude that we lack jurisdiction over this appeal because no statute or court rule provides for an appeal from "Findings of Incompetency and Order for Civil Commitment or Release." *Id.* Therefore, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

14-15355

cc: Hon. Linda Marie Bell, District Judge
Attorney General/Carson City
Clark County District Attorney
Clark County Public Defender
Eighth District Court Clerk